IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JERE D. SASSELLI,

    Plaintiff,

v.

HOUSING AUTHORITY OF THE CITY OF
AMERY & TERRY FORREST, in his Official
Capacity as Executive Director, HOUSING
AUTHORITY OF THE CITY OF AMERY
BOARD OF COMMISSIONERS, and
UNITED STATES DEPARTMENT OF
AGRICULTURE RURAL DEVELOPMENT
-WI & STAN GRUSZYNSKI, in his Official
Capacity as State Director,

    Defendants.

Case No. 16-CV-450

---

**ORDER**

---

The court, having reviewed jurisdiction in this matter, and pursuant to the stipulation of the parties, hereby ORDERS this case to be remanded to the Circuit Court for Polk County, Wisconsin. After remanding this action, the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**

Dated: AUGUST 5, 2016

_____